IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| CATHERINE BROWER, | ) |
| Plaintiff, | ) |
| v. | ) |
| LUBBOCK COUNTY HOSPITAL DISTRICT d/b/a University Medical Center, | ) |
| Defendants. | ) Civil Action No. 5:22-CV-003-C |

## JUDGMENT

In accordance with the Court's Order of even date granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Partial Summary Judgment,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims in the above-styled and -numbered civil action asserted against Defendant Lubbock County Hospital District d/b/a University Medical Center, are hereby **DISMISSED**.

Signed this 13th day of June, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE